**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 3:17-CR-88-03

**WILLIAM JOHNSON,**

        **Defendant.**

---

# ORDER WITHDRAWING PREVIOUSLY ISSUED WARRANT

---

On January 27, 2020, the Court issued an arrest-detainer warrant for the Defendant for violations of the conditions of his supervised release. At that time, the Defendant was being held by Warren County on an alleged probation violation. On January 29, 2020, this Court was notified that the Defendant was sentenced to a six (6) month treatment program.

At the recommendation of the U.S. Probation, it is the ORDER of the Court that any previously issued warrant in this matter from the Southern District of Ohio be WITHDRAWN to allow the Defendant to attend the program.

**DONE** and **ORDERED** in Dayton, Ohio, this 30th day of January, 2020.


*s/Thomas M. Rose*

---

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE